Nos. 21-15313, 21-15318

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

CITY AND COUNTY OF HONOLULU
*Plaintiffs-Appellees*,

v.

SUNOCO LP, et al.
*Defendants-Appellants*.

_____

COUNTY OF MAUI,
*Plaintiff-Appellee*,

v.

CHEVRON USA INC., et al.,
*Defendants-Appellants*.

_____

On Appeal from the United States District Court for the District of Hawai'i,
Case Nos. 20-cv-00163, 20-cv-00470
The Honorable Derrick K. Watson

_____

AMENDED CORPORATE DISCLOSURE STATEMENT OF APPELLANTS PHILLIPS 66 &
PHILLIPS 66 COMPANY

_____

| | |
|---|---|
| *Counsel for Defendants-Appellants Phillips 66, Phillips 66 Company, ConocoPhillips, and ConocoPhillips Company* | Steven M. Bauer<br>Margaret A. Tough<br>LATHAM & WATKINS, LLP<br>505 Montgomery Street,<br>Suite 2000<br>San Francisco, CA 94111<br>Tel: +1.415.391.0600<br>steven.bauer@lw.com<br>margaret.tough@lw.com |

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Defendants Phillips 66 and Phillips 66 Company submit the following statement:

Phillips 66 is a publicly traded company.  It does not have a parent corporation.  The Vanguard Group owns more than 10 percent of the stock of Phillips 66.

Phillips 66 Company is wholly owned by Phillips 66.

Dated: April 18, 2022                                    Respectfully submitted,


                                                            */s/ Steven M. Bauer*

                                                            Steven M. Bauer
                                                            Margaret A. Tough
                                                            LATHAM & WATKINS, LLP
                                                            505 Montgomery Street,
                                                            Suite 2000
                                                            San Francisco, CA 94111
                                                            Tel: +1.415.391.0600
                                                            E-mail: steven.bauer@lw.com
                                                            E-mail: margaret.tough@lw.com

                                                            *Counsel for Defendants-Appellants Phillips 66, Phillips 66 Company, ConocoPhillips, and ConocoPhillips Company*